Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN M. VEYL,<br><br>Defendant. | No.  6:20-po-00644-JDP<br><br>STIPULATION TO RESOLVE MATTER THROUGH FORFEITURE OF COLLATERAL AND RESTITUTION; AND [PROPOSED] ORDER THEREON |

IT IS HEREBY STIPULATED by and between Sean O. Anderson, acting legal officer for the National Park Service, and Edwin M. VEYL, that violation number 9291245 in the above-captioned matter, can be resolved through forfeiture of collateral and restitution.  The Government agrees violation number 9291245 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $250, plus the $30 processing fee, to be paid within 90 days. The Government also stipulates Mr. VEYL will pay restitution to Yosemite National Park, in the amount of $75. The Government moves to dismiss violation number 9291246, without prejudice and in the interest of justice.

Dated:  November 25, 2020          /S/ Sean O. Anderson
                                   Sean O. Anderson
                                   Acting Legal Officer
                                   Yosemite National Park

Dated: November 25, 2020

_Edwin M. Veyl_
Defendant

## ORDER

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, IT IS HEREBY ORDERED, in the matter of *United States v. Veyl*, Case *6:20-po-00644-JDP*, violation number 9291245 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $250.00, plus a $30.00 processing fee and restitution paid to Yosemite National Park, in the amount of $75.00, **within 90 days**. Violation number 9291246 is hereby dismissed, without prejudice and in the interest of justice.

IT IS SO ORDERED.

Dated:   December 1, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27

28