# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9291425
6:20-po-00644 HBK

UNITED STATES OF AMERICA,

**Violation Notice/USDC Case Number:**

v.

**JUDGMENT IN CRIMINAL CASE**
**(Violation Notice)**

**EDWIN M. VEYL**

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

Charge(s) Defendant Convicted of:

Nature of Charge(s)

**36 CFR 1.5(f)**          **Closure Violation**

### ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:

[✓] **PAY** a fine in the amount of $ 250.00 , a special assessment of $          , restitution of $ 75.00 , and a $ 30.00  processing fee.

　　Victim Name Yosemite National Park          Restitution Amount  $ 75.00

[✓] Total financial obligation of  $ 355.00          due immediately or no later than  March 1, 2021

[ ] Monthly Payments of $ 29.58          per month for  12          months commencing on

　　and each month thereafter by the          of the month until paid in full.

[ ] **PROBATION** for a term of          months, expiring on          . Your conditions of probation are as follows:

　　1.　　Your probation shall be unsupervised;
　　2.　　You shall not commit another federal, state, or local crime;
　　3.　　You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the
　　　　following additional checked conditions:

[ ] You shall perform          hours of community service by

　　While on probation and subject to any financial obligation of probation,  you shall notify the court of any material change in your
　　economic circumstances that might affect your ability to pay the fine.

[ ] **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** to be imprisoned for a term of
beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814,
on          by          .

[ ] **YOU ARE ORDERED TO APPEAR for a REVIEW HEARING** on          at          and **ORDERED TO** file a Status
Report 14 days prior to your scheduled hearing.  Please note that failure to appear could result in an arrest warrant being issued against you.

[✓]　　**Mail**  a check or money order to the Clerk, United States District Court - address below.  **(restitution  only)**

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/
delinquent charges imposed by the Court** if not paid timely.  If your conviction also involves a moving violation, an abstract could
be placed on your driving record. The check must be made payable to **"CLERK- U.S.D.C"** and SENT to the following address:

　　　　CLERK, UNITED STATES DISTRICT COURT
　　　　Eastern District of California- Sacramento Division
　　　　501 I Street, #4-200
　　　　Sacramento, CA 95814

**Your check or money order must indicate your  name  and  v i o l a t i o n   n o t i c e / c a s e   number shown above to ensure your
account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED: December 3, 2020

*Helena Barch-Kuchta*

**Helena Barch-Kuchta**
United States Magistrate Judge

**CRD  Initials:**　kd